```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR ORLANDO MUNOZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  CR-S-11-00349-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| VICTOR ORLANDO MUNOZ, | ) |
| | ) Date: October 21, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED by the parties through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant, VICTOR ORLANDO MUNOZ, that the Status Conference presently scheduled for October 7, 2011 be vacated, and rescheduled for Status Conference on October 21, 2011 at 9:00 a.m.

   This continuance is requested to allow the parties additional time to negotiate a fast-track plea toward resolution of the case once the PreSentence Investigative Report has been prepared and reviewed with Mr. Munoz.

   To afford time to complete these tasks, the parties agree that the time under the Speedy Trial Act should be excluded from the date of

signing of this order through and including October 21, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 5, 2011         Respectfully submitted,

                                        DANIEL BRODERICK
                                      Federal Defender

                                      */s/ Douglas Beevers*

                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      VICTOR ORLANDO MUNOZ

Dated: October 5, 2011         BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Michele Beckwith*

                                      Michele Beckwith
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 21, 2011.

Dated:  October 6, 2011

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge